JAMES GREEN et al., Respondents, v. CHARLES F. W. HORN, Appellant.

*Green v. Horn*, 165 App. Div. 743, affirmed.

(Argued November 22, 1917; decided December 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1915, affirming a judgment in favor of plaintiffs entered upon a verdict in an action of ejectment. The complaint alleged that the plaintiffs were seized in fee and entitled to the immediate possession of two parcels of land which are separately described, the first being a portion of lot No. 20 of the Garrison grounds known as middle village lot No. 7, and the second, a parcel bounded on the west by the east line of lot No. 20 of the Garrison grounds, and between said east line and the Glens Falls and Lake George plank road; and that the defendant was in possession and withheld the same from the plaintiffs. The second lot is adjacent to and easterly of the first lot. The defendant by his answer denied that he was in possession of or claimed title to middle village lot No. 7, but admitted that he was in possession of the premises secondly described in the complaint, and alleged that he had acquired title thereto by adverse possession, claiming under a color of title. As a further and separate defense he alleged that the plaintiffs had no right to maintain the action, *first*, because they and their grantors were not seized or possessed of the premises within twenty years before the commencement of the action, and *second*, because the plaintiffs' title, if any, was void for champerty.

*James McPhillips, C. E. Fitzgerald* and *H. Prior King* for appellant.

*Joseph A. Kellogg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Cuddeback, Hogan, Pound, McLaughlin and Andrews, JJ.